PER CURIAM.
We affirm on the authority of Guidry v. Sheet Metal Workers Nat’l Pension Fund, — U.S. -, 110 S.Ct. 680, 107 L.Ed.2d 782 (1990). We reject appellants’ arguments based on Kwatcher v. Massachusetts Serv. Emp. Pension Fund, 879 F.2d 957 (1st Cir.1989), because they are raised for the first time on appeal. See Brickell Biscayne Corp. v. Palace Condominium Ass’n, 526 So.2d 982 (Fla. 3d DCA 1988).
DELL and WALDEN, JJ., concur.
GLICKSTEIN, J., concurs specially with opinion.